# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **PEGGIE SUE DYGERT,** § | |
| § | |
| Plaintiff, § | Civil Action No. 2:17-cv-00662-UA-MRM |
| § | |
| v. § | |
| § | |
| **BLUESTEM BRANDS, INC. D/B/A** § | |
| **FINGERHUT,** § | |
| § | |
| Defendant. § | |
| § | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

RESPECTFULLY SUBMITTED,

DATED: February 19, 2018

By: /s/ Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Tel: 215-540-8888
Fax: 215-540-8817
aginsburg@creditlaw.com

Attorney for the Plaintiff

## **CERTIFICATE OF SERVICE**

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Ailen Cruz, Esq.
Wiand Guerra King, P.A.
5505 W Gray St
Tampa, FL 33609
8133475139
Fax: 8133475139
Email: acruz@wiandlaw.com
Attorneys for Defendant

Dated: February 19, 2018              By: /s/ Amy L. Bennecoff Ginsburg
                                                         Amy L. Bennecoff Ginsburg, Esq.
                                                         Kimmel & Silverman, P.C.
                                                         30 E. Butler Avenue
                                                         Ambler, PA 19002
                                                         Tel: 215-540-8888
                                                         Fax: 215-540-8817
                                                         aginsburg@creditlaw.com